UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00206-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **ORNIS LEDGER,** ) | |
| ) | |
| Defendant(s). ) | |

**THIS MATTER** is before the court on defendant's Motion for Writ of Habeas Corpus Ad Testificandum.[1] Local Criminal Rule 17.3 provides, in relevant part, as follows:

> In order to ensure the prisoner's presence n the district at the requested time, applications for writs of habeas corpus (ad prosequendum and/or ad testificandum) that are to be executed by the United States Marshal must be filed with the Court within the time frames provided below:
>  ***
>  (ii) <u>if the prisoner is within the district, at least fourteen (14) days in advance of the hearing date, or the first day of the term of Court, whichever date is earlier</u>, for which the prisoner is needed. Any writ application not made within the time period prescribed herein may be denied as untimely. <u>Upon a finding of good cause, however, a judicial officer may elect to honor an untimely writ application</u>.

L.Cr.R. 17.3. (emphasis added). The first day of the term is March 4, 2013, and the instant motion was filed February 25, 2013, seven days before calendar call. Counsel has not explained the reason for the delay in filing, which frustrates the required determination of "good cause." The court will, in an abundance of caution, allow the petition for issuance of writs ad testificandum and delay determination of good cause until the time of trial, at which time counsel shall explain why such request could not have been made earlier.

---

[1] Such motion was not filed ex parte.

# ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Writ of Habeas Corpus Ad Testificandum (#117) is **GRANTED**.

Signed: February 26, 2013

Max O. Cogburn Jr.
United States District Judge